# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK EUGENE MCCAMPBELL, | CASE NO. 1:07-cv-01574-AWI-GSA PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY A COURT ORDER |
| v. | |
| CORRECTIONAL CAPTAIN D. ZANCHI, et al., | (Docs. 8 and 9) |
| Defendants. | |

Plaintiff Jack Eugene McCampbell ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 24, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within fifteen days. More than fifteen days have passed, and Plaintiff has not filed an Objection.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed July 24, 2008, is adopted in full; and

///

1

2. This action is dismissed, without prejudice, based on Plaintiff's failure to obey the Court's order of May 27, 2008.

IT IS SO ORDERED.

Dated:   September 6, 2008                    /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE